# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grossman, Scott M. | U.S. Bankruptcy Court, Southern District of Florida | 4/16/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

299 E. Broward Blvd.
Room 306
Fort Lauderdale, FL 33301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | Greenberg Traurig, P.A. Shareholder Agreement |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida Bar, Business Law Section | February 5-6, 2020 | Orlando, FL | Florida Bar Business Law Section Winter Meeting | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grossman, Scott M. | 4/16/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank, N.A. | Mortgage on Rental Property, Aventura, FL (Part VII, line 28) | None |
| 2. | Paletz Roofing | New Roof | None |
| 3. | American Express | Revolving Charge Account | J |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Wells Fargo Bank cash accounts | A | Interest | K | T | | | | | |
| 2.  OptumHealth Bank (H) | | | | | | | | | |
| 3.  - cash account | A | Interest | J | T | | | | | |
| 4.  - Dodge & Cox Income Fund | A | Dividend | J | T | | | | | |
| 5.  - Schwab Target 2040 Index Fund | A | Dividend | J | T | | | | | |
| 6.  Florida Prepaid College Plan #1 | | None | J | T | | | | | |
| 7.  Florida Prepaid College Plan #2 | | None | J | T | | | | | |
| 8.  The Vanguard Group (H) | | | | | | | | | |
| 9.  - Vanguard Cash Reserves Fed. Money Market Fund (fka Prime MM Fund) | A | Dividend | M | T | Sold (part) | 01/15/20 | K | | |
| 10. | | | | | Buy (add'l) | 02/26/20 | L | | |
| 11. | | | | | Sold (part) | 03/16/20 | J | | |
| 12. | | | | | Sold (part) | 04/13/20 | J | | |
| 13. | | | | | Sold (part) | 05/28/20 | J | | |
| 14. | | | | | Sold (part) | 07/08/20 | J | | |
| 15. | | | | | Buy (add'l) | 08/05/20 | K | | |
| 16. | | | | | Sold (part) | 09/09/20 | J | | |
| 17. | | | | | Sold (part) | 12/28/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grossman, Scott M.** | 4/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  - Vanguard Target Retirement 2045 (Roth IRA #1) | A | Dividend | K | T | | | | | |
| 19.  - Vanguard Target Retirement 2045 (Roth IRA #2) | B | Dividend | L | T | | | | | |
| 20.  - Vanguard 80%/20% Aggressive Age-Based 529 #1 | | None | | | Sold | 09/04/20 | L | | |
| 21.  - Vanguard 70%/30% Aggressive Age-Based 529 #1 | | None | | | Buy | 09/04/20 | L | | |
| 22. | | | | | Sold | 10/30/20 | L | | |
| 23.  - Vanguard TRGT 28/29 | | None | L | T | Buy | 10/30/20 | L | | |
| 24.  - Vanguard 90%/10% Aggressive Age-Based 529 #2 | | None | | | Sold | 06/04/20 | K | | |
| 25.  - Vanguard 80%/20% Aggressive Age-Based 529 #2 | | None | | | Buy | 06/04/20 | K | | |
| 26. | | | | | Sold | 10/30/20 | K | | |
| 27.  - Vangaurd TRGT 30/31 | | None | K | T | Buy | 10/30/20 | K | | |
| 28.  Rental Property, Aventura, FL | D | Rent | | | Sold | 07/28/20 | N | | Michael Broad & Eva Marin |
| 29.  Greenberg Traurig, P.A. stock | | None | | | Redeemed | 02/24/20 | L | | |
| 30. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II, line 1 - agreement terminated on February 24, 2020.
Part VII, line 6 - Florida Prepaid College Plan does not report income information.
Part VII, line 7 - Florida Prepaid College Plan does not report income information.
Part VII, line 9 - Vanguard changed the name of the Prime Money Market Fund to the Vanguard Cash Reserves Federal Money Market Fund on or about September 29, 2020.
Part VII, line 20 - Vanguard 529 plan does not report income information.
Part VII, line 21 - Vanguard 529 plan does not report income information.
Part VII, line 23 - Vanguard 529 plan does not report income information.
Part VII, line 24 - Vanguard 529 plan does not report income information.
Part VII, line 25 - Vanguard 529 plan does not report income information.
Part VII, line 27 - Vanguard 529 plan does not report income information.
Part VII, line 29 - Greenberg Traurig, P.A. stock does not earn (and therefore does not report) any income.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Scott M. Grossman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544